IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | **No. 22-48** |
| **OMAR WHITE-DAVIS, et al.** | : | |

### ORDER

This 28th day of February, 2022, it is **ORDERED** as follows:

1. The case is scheduled for trial on **April 25, 2022**, at **9:30 a.m.**, in Courtroom 9-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. No later than **March 14, 2022**, the Government shall provide the defendants with all available discovery material to which the defendants are entitled. In the event the Government becomes aware of additional discovery material or previously known material becomes available to which the defendants are entitled, it shall be provided by the Government to the defendants within five (5) days of its discovery or availability.

3. The Government is obligated, pursuant *to Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

4. No later than **March 28, 2022**, the defendants shall file all pretrial motions and the Government shall respond no later than **April 4, 2022**.

5. No later than **April 4, 2022**, the parties shall file motions in limine. All responses to motions in limine shall be filed no later than **April 11, 2022**.

6. No later than **April 15, 2022**, the parties shall file proposed voir dire questions, jury instructions and verdict slip with the Clerk. If a model jury instruction is submitted, the parties shall state the source of the model instruction and whether it is unchanged or modified. If a party modifies a model jury instruction, the modification shall be underlined and deletions shall be placed in brackets.

7. The Government shall file a trial memorandum with its submissions pursuant to paragraph six of this Order.

8. In the event a party intends to call an expert witness at trial, the party shall deliver to the opposing party the expert's curriculum vitae and the expert report at least twenty (20) days before trial and simultaneously provide copies to the Court.

9. A hearing on all motions in limine, motions to suppress, motions pursuant to F.R.E. 901, or any Daubert motions, will be held on **April 18, 2022,** at **3:00 p.m.,** in Courtroom 9-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

10. Any motion for continuance of the trial must be filed no later than fourteen (14) days prior to the trial date. Absent exceptional circumstances, no application for a continuance filed after this time will be entertained.

/s/ Gerald Austin McHugh
United States District Judge